UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
MIRZA et al.,

                Plaintiffs,

   -against-

PANETTA,

               Defendant.
-------------------------------------------------------x

No. 20 CV 6712-LTS-SN

ORDER

        On November 3, 2020, a certificate of default was entered in this matter. (Docket Entry No. 13.) Plaintiff's attention is directed to the default judgment motion practice provisions of the Individual Practices rules of the undersigned, located on the Court's webpage. If no request for permission to move for a default judgment has been filed (with a copy mailed to the defendant) by January 19, 2021, Plaintiff must file a status report by January 22, 2021. If such timely filings are not made, this action may be dismissed with prejudice and without further advance notice for failure to prosecute.

        SO ORDERED.

Dated: New York, New York
       December 10, 2020

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge